# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-166** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MARCELINO CALDERON-ORTIZ** | : | |

## **O R D E R**

AND NOW, this 20th day of March, 2013, upon consideration of the Government's Motion To Dismiss (Doc. 385), it is hereby ORDERED that said motion is GRANTED. The charges against this defendant that are contained in the Indictment returned May 4, 2011, are DISMISSED WITHOUT PREJUDICE.

                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge